**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Miguel MARTINEZ–ABAD, also known as Michael, also known as Miguel Angel Gonzalez, Defendant–Appellant**

**No. 15-41040
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 08/26/2016

Ernest Gonzalez, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff–Appellee

Miguel Martinez–Abad, Pro Se

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Miguel Martinez–Abad, has moved for leave

---

* Pursuant to 5TH CIR. R. 47.5, the court has      determined that this opinion should not be

to withdraw and has filed a brief and a supplemental brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Martinez–Abad has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.